(87 South. 842)

BIRMINGHAM REALTY CO. v. CITY OF BIRMINGHAM. (6 Div. 133.)

(Supreme Court of Alabama. Feb. 3, 1921.)

Appeal from Circuit Court, Jefferson County; Horace C. Wilkinson, Judge.

Certiorari by the Birmingham Realty Company against the City of Birmingham. Judgment for defendant, and plaintiff appeals. Affirmed.

London, Yancey & Brower, of Birmingham, for appellant.

Fred G. Moore and Graham Perdue, both of Birmingham, for appellee.

SAYRE, J. Affirmed on the authority of Birmingham Realty Co. v. City of Birmingham (6 Div. 136) ante, p. 278, 87 South. 840.